TOWNSHIP COMMITTEE OF THE TOWNSHIP OF SOUTH HARRISON v. BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF GLOUCESTER.

IN THE MATTER OF THE N.J. DEPT. OF ENVIRONMENTAL PROTECTION CERTIFICATION OF APPROVAL OF THE MARCH 19, 1986 AMENDMENT TO THE GLOUCESTER COUNTY DISTRICT SOLID WASTE MANAGEMENT PLAN.

IN THE MATTER OF THE N.J. DEPT. OF ENVIRONMENTAL PROTECTION TEMPORARY CERTIFICATE OF AUTHORITY TO OPERATE, PROPOSED GLOUCESTER COUNTY SOLID WASTE DISPOSAL FACILITY COMPLEX, AND ENGINEERING DESIGN APPROVAL.

October 15, 1986.

Petition for certification denied.

WILLIAM LOWE v. NEWARK BETH ISRAEL MEDICAL CENTER.

October 15, 1986.

Petition for certification denied.

JANIS LIEPINS v. CIVIL SERVICE COMMISSION.

October 15, 1986.

Petition for certification denied.